IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMAL BRYANT,<br>    *Plaintiff,*<br><br>v.<br><br>THE CITY OF PHILADELPHIA, et al.,<br>    *Defendants.* | Civil No. 23-3607 |

## ORDER

**AND NOW**, this 11th day of September, 2025, upon consideration of Defendant City of Philadelphia's Motion to Dismiss Count I of Plaintiff's Second Amended Complaint (ECF No. 35) and Plaintiff's Response (ECF No. 39), it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Plaintiff's Section 1983 Claim seeking enforcement of 28 U.S.C. § 1981 is **DISMISSED** with prejudice.

                 BY THE COURT:

                 _____
                 MARY KAY COSTELLO, J.